# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RAYNE FELTON

NO. 2019 KW 0927

**OCTOBER 15, 2019**

---

In Re:   Rayne Felton, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, Nos. 39,645 & 40,013.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.**

                        TMH
                        AHP
                        WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT